## OFFICIAL LOCAL FORM 3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

## FIRST AMENDED CHAPTER 13 PLAN COVER SHEET

| | | | |
|---|---|---|---|
| Filing Date: | 5/04/16 | Docket #: | 16-11707 |
| Debtor: | Matthew J Boss | Co-Debtor: | |
| SS#: | xxx-xx-8002 | SS#: | |
| Address: | 21 Alder Street<br>Attleboro, MA 02703 | Address: | |
| Debtor's Counsel: | Brian R. Lewis 641100 | | |
| Address: | PO Box 1162<br>Lakeville, MA 02347 | | |
| Telephone #: | (508) 946-3323 | | |
| Facsimile #: | (508) 946-5051 | | |

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

## OFFICIAL LOCAL FORM 3

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

### FIRST AMENDED PRE-CONFIRMATION CHAPTER 13 PLAN

#### CHAPTER 13 PLAN

Docket No.: **16-11707**

DEBTOR(S):   (H)   **Matthew J Boss**              SS#   **xxx-xx-8002**

             (W)   _____          SS#   _____

### I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **771.00** for the term of:

☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

☑ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);

☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

_____ ;or

☐ ___ Months. The Debtor states as reasons therefore:

_____

### II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Ditech** | **Pre-petition arrears for 21 Alder Street Attleboro, MA 02703** | 30,781.76 |
| **City of Attleboro** | **Utility charges for 21 Alder St. Attleboro, MA 02703** | $ 590.04 |

Total of secured claims to be paid through the Plan  $ _____ 31,781.76

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **City of Attleboro** | **Real Estate Taxes and Municipal Charges** |
| **Ditech** | **Mortgage** |
| **Gateway One Lending & Finance** | **Auto Loan for a 2015 Mitsibushi Outlander** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **-NONE-** | | |

D. Leases:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of **-NONE-** ; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of **-NONE-**

    iii. The arrears under the lease to be paid under the plan are **0.00** .

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Internal Revenue Service** | | $ 1,707.02 |
| **Massachusetts Department of Revenue** | | $ 2616.03 |

Total of Priority Claims to Be Paid Through the Plan $ **4,323.05**

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan):     $ **1,500.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **100** % of their claims.

A. General unsecured claims:     $ **1,466.19**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | $ |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| US Dept. of Education | Student Loan | $ 2,970.27 |

Total of Unsecured Claims (A + B + C):   $ 4,436.46

D. Multiply total by percentage: $ **4,436.46**
   (Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| -NONE- | | $ |

Total amount of separately classified claims payable at ____%   $ 0.00

## VI. OTHER PROVISIONS

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:

## VII. CALCULATION OF PLAN PAYMENT

| | | |
|---|---|---|
| A) Secured claims (Section I-A Total): | $ | 31,371.80 |
| B) Priority claims (Section II-A&B Total): | $ | 4,323.05 |
| C) Administrative claims (Section III-A&B Total): | $ | 1,500.00 |
| D) Regular unsecured claims (Section IV-D Total):+ | $ | 4,436.46 |
| E) Separately classified unsecured claims: | $ | 0.00 |
| F) Total of a + b + c + d + e above: | =$ | 41,631.31 |
| G) Divide (f) by .90 for total including Trustee's fee: | | |
| Cost of Plan= | $ | 46,257.01 |

(This represents the total amount to be paid into the Chapter 13 plan)

H. Divide (G), Cost of Plan, by Term of Plan,   **60** months
I. Round up to nearest dollar for Monthly Plan Payment:   $ **771.00**
(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| **21 Alder Street Attleboro, MA 02703 Bristol County**<br>**Value from an appraisal, Full value $160,000.00**<br>**Divorce decree requires upon sale of home the equity be split 40% to ex wife and 60% to Debtor** | $ 160,000.00<br>Debtor owns 60% | $ 210,200.00 |

Total Net Equity for Real Property: $ 0.00
Less Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

B. Automobile (Describe year, make and model):

**2015 Mitsibushi Outlander 30,000 miles**
**Value from KBB.com**     Value $  14,367.00   Lien $  18,551.09   Exemption $  3,775.00

Total Net Equity: $ 0.00
Less Exemptions (Schedule C): $ 0.00
Available Chapter 7: $ 0.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

**Various household goods and furnishings including living room, bedroom and kitchen furnishings**
**A tv**
**Assorted sporting goods**
**Personal clothing**
**Checking 7490: Harbor One Bank**
**Savings: Harbor One Bank**
**Pension: VA Pension. Debtor receives a monthly benefit as listed on Schedule I**
**Servicemembers Life Insurance Co. Term policy with no cash surrender value**
**Beneficiary: Son**
**Potential personal injury claim from an auto accident in November, 2015**
**Debtor is represented by Attorney Ralph Chiodo 1390 Mineral Springs Ave. Providence RI 02904**
**Debtor has a potential claim against AFLAC for unpaid benefits**
**Debtor is represented by Attorney Ralph Chiodo 1390 Mineral Springs Ave. Providence, RI 02904**
**Assorted lawn equipment and tools**

Total Net Value: $ 6,855.00
Less Exemptions (Schedule C): $ 6,855.00
Available Chapter 7: $ 0.00

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $  0.00

E. Additional Comments regarding Liquidation Analysis:

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

| /s/ Brian R. Lewis | June 9, 2016 |
|---|---|
| **Brian R. Lewis 641100** | Date |

Debtor's Attorney
Attorney's Address: **PO Box 1162**
**Lakeville, MA 02347**
Tel. #:    **(508) 946-3323 Fax:(508) 946-5051**
Email Address:   **brian@BrianRLewis.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

Date **June 9, 2016**     Signature  **/s/ Matthew J Boss**
                                      **Matthew J Boss**
                                      Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                                )
                                      )
       Matthew J. Boss,               )    Chapter 13
                                      )    Case No.:  16-11707-FJB
       Debtor                         )
                                      )

## CERTIFICATE OF SERVICE

I, Brian R. Lewis, Esquire, state that on November 21, 2016 I electronically filed the foregoing First Amended Chapter 13 Plan with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Carolyn Bankowski, Trustee

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

Capital One
Attn: Bankruptcy Department
P.O. Box 30285
Salt Lake City, UT 84130

Capital One Bank (USA), NA
P.O. Box 71083
Charlotte, NC 28272-1083

City of Attleboro
Municipal Building
77 Park Street
Attleboro, MA 02703

Collagcyacct
231 East Main Street
Milford, MA 01757-2821

Dept of Education/Neln
Attn: Claims
P.O. Box 82505
Lincoln, NE 68501-2505

Ditech
Bankruptcy Department
P.O. Box 6154
Rapid City, SD 57709

Ditech Financial, LLC
Fka Green Tree Servicing
P.O. Box 6154
Rapid City, SD 57709-6154

EOS CCA
P.O. Box 981002
Boston, MA 02298-1002

Fall River Fire Dept. EMS
P.O. Box 749
Fall River, MA 02722-0749

Gateway One Lending & Finance
160 N. Riverview Drive
Suite 100
Anaheim, CA 92808

Harmon Law Offices, PC
150 California Street
Newton, MA 02458

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Landmark Medical Center
115 Cass Avenue
Woonsocket, RI 02895

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Steward Emergency Physicians, Inc.
8 Oak Park Drive
Bedford, MA 01730-1414

US Dept. of Education
P.O. Box 16448
St. Paul, MN 55116-0448

Verizon Wireless
Bankruptcy Administration
500 Technology Drive
Suite 500
Saint Charles, MO 63304

Matthew J. Boss
21 Alder Street
Attleboro, MA 02703

/s/ Brian R. Lewis
Brian R. Lewis Esq. (BBO#641100)
Law Office of Brian R. Lewis
PO Box 1162
Lakeville, MA 02347
(508) 946-3323
brian@brianrlewis.com